■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JON DUQUIN, Appellant. [896 NYS2d 276]—Appeal from a judg-

ment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered December 18, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.